## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**SHAHEED SPRINGS** | **CRIMINAL ACTION**<br><br>**NO. 25-310-KSM-1** |

## ORDER

**AND NOW** this 4th day of February, 2026, upon consideration of Defendant Shaheed Springs's Motion to Suppress Physical Evidence (Doc. No. 20), the Government's opposition (Doc. No. 23), and the evidence presented and argument given during the January 12, 2026 evidentiary hearing, and for the reasons set forth in the accompanying Memorandum, it is

**ORDERED** that Defendant's motion to suppress the firearm and ammunition is **GRANTED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

**KAREN SPENCER MARSTON**